UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Adrian Burdier, | : |
| Plaintiff, | : Civil Action No. 1:17-cv-03217-KPF |
| v. | : |
| National Grid USA Service Company, Inc., | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement with regard to Plaintiff Adrian Burdier's individual claims. This settlement does not affect the claims of any potential class members. Plaintiff anticipates filing a Notice of Withdrawal of Complaint and Voluntary Dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: July 24, 2017

Respectfully submitted,

PLAINTIFF Adrian Burdier

*/s/ Sergei Lemberg*
Sergei Lemberg, Esq.
LEMBERG LAW, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Email: slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 24, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of New York Electronic Document Filing (ECF) system and that the document is available on the ECF system.

                                            */s/ Sergei Lemberg*
                                            Sergei Lemberg, Esq.