*Failla, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: <u>September 21, 2017</u> | |

---

Adrian Burdier, *on behalf of himself and all others similarly situated*,

                Plaintiff,

    v.

National Grid USA Service Company, Inc.,

                Defendant.

Civil Action No. 1:17-cv-03217-KPF

---

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE <u>PURSUANT TO RULE 41(a)</u>

Adrian Burdier ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the Complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: September 20, 2017

Respectfully submitted,

By: */s/ Sergei Lemberg*
Sergei Lemberg, Esq.
LEMBERG LAW, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Email: slemberg@lemberglaw.com
Attorneys for Plaintiff

SO ORDERED.

Dated:    September 21, 2017
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on September 20, 2017, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Southern District of New York Electronic Document Filing (ECF) system and that the document is available on the ECF system.

<u>*/s/ Sergei Lemberg*</u>
Sergei Lemberg, Esq.